AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Karl Saint Vil ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:23-cv-85 |
| Blue Ash Healthcare, LLC, et al. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Hillstone's Motion for Summary Judgment (Doc. 14) is granted and all of Saint Vil's claims are dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Douglas R. Cole - U.S. District Judge   on a motion for Summary Judgment.

Date:   7/9/24

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*